## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**BANK OF LITTLE ROCK MORTGAGE**                                           **PLAINTIFF**
**CORPORATION a/k/a ROCK MORTGAGE**

**v.**                              **CASE NO. 4:21-CV-00436-BSM**

**TJC MORTGAGE, INC.,** *et al.*                                           **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 3rd day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE